Joseph H. Harrington
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     vs.<br><br>TAYLOR FERTIG, and<br>SEAN BUCK,<br><br>                     Defendants. | 4:18-CR-6031-EFS<br><br>SUPERSEDING INDICTMENT<br><br>21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(vi), 846<br>Conspiracy to Distribute 400 grams<br>or more of Fentanyl (Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C),<br>18 U.S.C. § 2<br>Distribution of Fentanyl (Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(vi),<br>18 U.S.C. § 2<br>Possession with the Intent to<br>Distribute 400 Grams or more of<br>Fentanyl (Count 3)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(C), 18<br>U.S.C. § 2<br>Possession with the Intent to<br>Distribute Heroin (Count 4) |

INDICTMENT – 1

18 U.S.C. § 924(c)(1)(A)
Possession of a Firearm in
Furtherance of Drug Trafficking
(Count 5)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by on or about January 2017, and continuing until on or about October 2, 2018, in the Eastern District of Washington and elsewhere, the Defendants, TAYLOR FERTIG and SHAWN BUCK, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense against the United States, to wit: distribution of 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846.

## COUNT 2

On or about April 19, 2018, in the Eastern District of Washington, the Defendant, TAYLOR FERTIG, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-

INDICTMENT – 2

phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C § 2.

## COUNT 3

On or about June 13, 2018, in the Eastern District of Washington, the Defendant, TAYLOR FERTIG, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (aka Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), and 18 U.S.C. § 2.

## COUNT 4

On or about June 13, 2018, in the Eastern District of Washington, the Defendant, TAYLOR FERTIG, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of Heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C. § 2.

## COUNT 5

On or about June 13, 2018, in the Eastern District of Washington, the Defendant, TAYLOR FERTIG, did knowingly and willfully possess firearms, to wit: a Smith and Wesson, M & P Shield, 9 mm caliber pistol serial number HUT3180; a Glock Model 19, 9mm caliber pistol serial number ACMT690; a Kel Tec, Sub-2000, 9mm rifle, bearing serial number F9S35; a Ruger Model LCP, .380

INDICTMENT – 3

auto caliber pistol, serial number 371633615, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Conspiracy to Distribute 400 grams or more of Fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi) as charged in Count 1, all in violation of 18 U.S.C. § 924(c)(1)(A).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, 846, as set forth in this Superseding Indictment, the Defendants, TAYLOR FERTIG (Counts 1 – 4) and SEAN BUCK (Count 1), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s), including, but not limited to:

Defendant, TAYLOR FERTIG:

U.S. CURRENCY

$12,220.00 U.S. currency, seized on June 13, 2018, by the United States Drug Enforcement Administration.

FIREARMS

a Smith and Wesson, M & P9 Shield, 9 mm caliber pistol, bearing serial number HUT3180;

INDICTMENT – 4

a Glock Model 19, 9mm caliber pistol, bearing serial number ACMT690;

a Kel Tec, Sub-2000, 9mm rifle, bearing serial number F9S35; and,

a Ruger Model LCP, .380 auto caliber pistol, bearing serial number 371633615.

If any forfeitable property, as a result of any act or omission of the Defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided

without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924 (c)(1)(A) as set forth in Count 5 of this Indictment, Defendant TAYLOR FERTIG, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to the following:

<u>FIREARMS</u>

a Smith and Wesson, M & P9 Shield, 9 mm caliber pistol, bearing serial number HUT3180;

INDICTMENT – 5

a Glock Model 19, 9mm caliber pistol, bearing serial number ACMT690;

a Kel Tec, Sub-2000, 9mm rifle, bearing serial number F9S35; and,

a Ruger Model LCP, .380 auto caliber pistol, bearing serial number 371633615.

DATED this 2 day of October, 2018.

A TRUE BILL

Foreperson

*[signature]*
Joseph H. Harrington
United States Attorney

*[signature]*
Stephanie Van Marter
Assistant United States Attorney

*[signature]*
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT – 6